# Notice Recipients

District/Off: 0207−8              User: admin                  Date Created: 4/21/2021
Case: 8−20−08051−ast             Form ID: 775                 Total: 16

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
dft         Elena Sartison
dft         2 River Terrace Apartment 12J, LLC
dft         Clodagh Bowyer Greene a/k/a Clodagh Bowyer
dft         Elliott Greene
pla         Howard M. Ehrenberg
intp        Philip Thomas, Adam Greene and Robinson Brog Leinwand Greene Genovese & Gluck
                                                                                TOTAL: 6

**Recipients of Notice of Electronic Filing:**
aty         Albert Yukhanan Dayan       dayanlaw@aol.com
aty         Charles E Simpson       csimpson@windelsmarx.com
aty         Ilan D Scharf       ischarf@pszyjw.com
aty         J Ted Donovan       Tdonovan@gwfglaw.com
aty         Jeffrey P Nolan       jnolan@pszjlaw.com
aty         Laurence D Pittinsky       larry@rpllplaw.com
aty         Maryam N Hadden       maryam hadden@parlatorelawgroup.com
                                                                                TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
intp        Residential Board of Managers of Riverhouse One Rockefeller Park Condominium       c/o Douglas Elliman
            Property Management       675 Third Avenue       New York, NY 10017
aty         Albert Y. Dayan       80−02 Kew Gardens Road       Suite 902       Kew Gardens, NY 11415
ust         United States Trustee       Long Island Federal Courthouse       560 Federal Plaza – Room 560       Central Islip,
            NY 11722−4437
                                                                                TOTAL: 3