# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

IN RE:                                                                                                    CASE NO: 8−20−08051−ast

Ehrenberg v. Elena Sartison et al

DEBTOR(s)

## TRANSMITTAL OF ADDITIONAL RECORD ON APPEAL

**TO THE CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK:**

A Notice of Appeal was filed on March 8,2021 by 2 River Terrace Apartment 12J, LLC, appealing Order on Motion for summary Judgment, document number 64.

Pursuant to Bankruptcy Rule 8010(b)(1), the following additional documents are being transmitted:

AMENDED TRANSMITTAL OF ADDITIONAL DOCUMENTS.
Appellant Designation.
Appellee Designation.

Dated: April 23, 2021                                                                 Robert A. Gavin, Jr., Clerk of Court

By: s/ S Dolan

Deputy Clerk

**BLadroapap.jsp** [Transmittal of Additional Record on Appeal AP 04/17/17]