

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE:** 310/277 6910

FACSIMILE: 310/201 0760

**SAN FRANCISCO**
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE:** 415/263 7000

FACSIMILE: 415/263 7010

**DELAWARE**
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE:** 302/652 4100

FACSIMILE: 302/652 4400

**NEW YORK**
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE:** 212/561 7700

FACSIMILE: 212/561 7777

Ilan D. Scharf

June 9, 2021

ischarf@pszjlaw.com

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

      Re:    **In re: Orion HealthCorp, Inc.,** *et al.*
                 **2 River Terrace Apartment 12J, LLC v.**
                 <u>**Ehrenberg, Case No. 2:21-cv-01239-JMA**</u>

Dear Judge Azrack:

      We are counsel for Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., *et al.* (the "<u>Appellee</u>") in the above referenced appeal.

      On April 23, 2021, the Clerk's Office entered the *Amended Notice of Bankruptcy Record Received* [Docket No. 3]. The docket entry reads "…appellant must serve and file a brief within 30 days of this notice…appellee must serve and file a brief within 30 days after service of the appellants brief."

      On May 21, 2021, 2 River Terrace Apartment 12J, LLC (the "<u>Appellant</u>") filed the Opening Brief of Appellant [Docket No. 4]. The docket entry reads that the Appellee Brief is due on June 15, 2021, which is less than 30 days from filing of appellants brief.

      Based on the filing date of the Appellant's brief and pursuant to Federal Rule of Bankruptcy Procedure 8018, the Appellee's Responding brief is due on **June 21, 2021**.

DOCS_LA:338349.1 65004/003



June 9, 2021
Page 2

      The Appellee will cause this letter to be served on counsel for the Appellant.

                            Very truly yours,

                            */s/ Ilan D. Scharf*

                            Ilan D. Scharf

JPN:lsc

cc:  Maryam Hadden, Esq. (Via email)
     (Counsel for Appellant)