

**Maryam N. Hadden, Esq.**
Partner
maryam.hadden@parlatorelawgroup.com
Direct: 646-846-6382

October 26, 2021

*VIA ECF*

Hon. Joan M. Azrack
United States District Court Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

RE:   <u>*2 River Terrace Apartment 12J, LLC v. Howard M. Ehrenberg*, **21-cv-1239-JMA**
         Request for Additional Time to Respond to Motion to Dismiss</u>

Dear Judge Azrack:

      I am writing to respectfully request additional time to respond to the Motion to Dismiss the Appeal filed by Appellee on October 6, 2021.  The Motion was filed after the Appeal had been fully briefed, Appellant's Reply Brief having been filed on July 13, 2021.  Appellant does wish to file an opposition to the Motion; unfortunately, Appellant is an entity managed by a single person who has been undergoing medical treatment with since early October; the side effects have been severe and have required prescription pain medication and steroid treatments which have rendered Appellant's manager unable to assist counsel in drafting a response.  This medical treatment is scheduled to conclude on November 10, 2021.

      I reached out to counsel for Appellee earlier today to see if this request would have their consent but have not yet received a response.  This is the first such request by Appellant; Appellant is requesting November 15, 2021, as a date for the response, as Appellant's manager's last day of medical treatment is November 10th.  This request does not affect any other scheduled deadline or court appearance.  Appellant believes that this additional time period will enable it to file the response

Licensed to practice by the States of New York and New Jersey
U.S. District Courts in New York and New Jersey, U.S. Court of Appeals for the Second Circuit

Parlatore Law Group is a nationwide cloud-based law firm. Please send all correspondence electronically.
In the event that physical mail is required please use the central mailing address below.

  www.parlatorelawgroup.com     One World Trade Center, Suite 8500, New York, NY 10007

without further requests. A copy of this request will be served upon counsel for Appellee via email as well as by ECF.

In sum, Appellant respectfully requests leave to file its opposition to the Motion to Dismiss by November 15, 2021.

                                  Respectfully submitted,

                                  /s/Maryam N. Hadden
                                Maryam N. Hadden
                                *Attorney for Appellant*
                                Parlatore Law Group, LLP
                                One World Trade Center, Suite 8500
                                New York, New York 10007
                                Tel: 646.846.6382 | Fax: 212.409.8972
                                maryam.hadden@parlatorelawgroup.com

cc:      Ilan D. Scharf, Esq.
          Jeffrey P. Nolan, Esq. (admitted *pro hac vice*)
          Pachulski Stang Ziehl & Jones LLP
          780 Third Avenue, 34th Floor
          New York, New York 10017
          *Attorneys for Appellee*