**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In Re:

ORION HEALTHCORP., INC.                                             Bank Case No. 8-18-71748 (ast)
-----------------------------------------------------------X
2 RIVER TERRACE APARTMENT 12J,
LLC,

                                                        **JUDGMENT**
                         Appellant,                            Adv. Pro. No. 8-20-08051 (ast)
                                                        CV 21-1239 (JMA)

     -against-

HOWARD M EHRENBERG, in his capacity as
Liquidating Trustee of Orion HealthCorp.,
Inc., et al.,

                         Appellee.
-----------------------------------------------------------X

An Order of the Honorable Joan M. Azrack, United States District Judge, having been filed on March 31, 2022, dismissing Appellant's appeal as moot and, alternatively, affirming the Bankruptcy Court's March 1, 2021 Order, it is

**ORDERED AND ADJUDGED** that Appellant 2 River Terrace Apartment 12J, LLC take nothing of Appellee Howard M. Ehrenberg; that Appellant's appeal is DISMISSED and, alternatively, that the Bankruptcy Court's March 1, 2021 Order is AFFIRMED; and that this case is closed.

Dated: March 31, 2022
       Central Islip, New York

                                                                  BRENNA B. MAHONEY
                                                                  CLERK OF THE COURT
                                                   BY:   /S/ JAMES J. TORITTO
                                                                  DEPUTY CLERK